RECORD OF GRAND JURY BALLOT

C/R 3:25-408

UNITED STATES OF AMERICA v. ISHA YUMAKIA WARR

(SEALED UNTIL FURTHER ORDER OF THE COURT)